# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1616
_____

ERIC JULIUS ROBINSON, JR.,

Appellant,

v.

STATE OF FLORIDA.,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

February 12, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Richard M. Bracey, III, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.